AO-10 (pdf)
Rev. 1/2005

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 USC App §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rosenn, Max | U.S. Court of appeals, 3ᵈ Cir | July 27ⁱ, 2005 |

4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Judge Senior Status

5. Report Type (check appropriate type)

___ Nomination. Date _____

___ Initial ___ Annual ___ Final

6. Reporting Period

7. Chambers or Office Address

MP+
197 S. main st
Wilkes-Barre, Pa 18701

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date_____

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☒ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

2005 AUG -5 A 11: 21
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | Mutual of NewYork, Monthly payment, Retirement | $ 1160 — |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

1

2

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Rosenn, Max

Date of Report

July 29th 2005

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| ☒ NONE (No such reportable reimbursements.) | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| ☒ NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children See pp. 32-33 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|----------|-------------|-------------|
| ☐ NONE (No reportable liabilities.) | | |
| Ford Credit Corp. | Automobile Purchase | K |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 American Tel - Tel, Com. | A | A.N. | J | T | | | | | |
| 2 BP, Plc, Com. | C | div. | L | T | | | | | |
| 3 Verizon, Inc. Com. | D | div. | M | T | | | | | |
| 4 Bell South, Com. | C | div. | L | T | | | | | |
| 5 General Electric, Com. | E | div | P₂ | T | | | | | |
| 6 Pfizer, Com. | E | div | P₁ | T | | | | | |
| 7 Bristol, Myers, Squibb, Com | D | div. | M | T | addt' purchase | 17/ | J | | |
| 8 Flexo, Smith, Kline, Com | D | div. | N | T | | | | | |
| 9 Viacom B, Com | C | div | N | T | Partial Distribution | 12/10 | L | | ▬▬▬▬ |
| 10 LBM, Com | B | div. | M | T | | | | | |
| 11 Wellington, mutual Fund | C | div. | M | T | | | | | |
| 12 PNC, Com | E | div. | O | T | | | | | |
| 13 Wachovia, Corp. | F | divid | P₁ | T | | | | | |
| 14 Abbott Laboratories Com | D | divs | N | T | | | | | |
| 15 Wachovia, Checking Acct | B | int | L | T | | | | | |
| 16 PNC, Checking acct. | B | int | M | T | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A-$1,000 or less F-$50,001- $100,000 | B-$1,001-$2,500 G-$100,001-$1,000,000 | C-$2,501-$5,000 H1-$1,000,001-$5,000,000 | D-$5,001-$15,000 H2-More than $5,000,000 | E-$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J-$15,000 or less N-$250,001-$500,000 P3-$25,000,001-$50,000,000 | K-$15,001-$50,000 O-$500,001-$1,000,000 | L-$50,001- $100,000 P1-$1,000,001-$5,000,000 P4-More than $50,000,000 | M-$100,001-$250,000 P2-$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

See ann exed sheet No. 2.

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Mosemn, MAX

Date of Report: July 29, 2005

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 M+T Bank, m/m acct | A | int | K | T | | | | | |
| 53 Suburban Oil Service | | None | N | V | | | | | |
| 54 Ford motor, com | B | Dv. | K | T | | | | | |
| 55 M+T Bank, Com. | B | Div | L | T | | | | | |
| 56 Allergan, Com. | B | " | M | T | | | | | |
| 57 Schering - Plough, Com | A | " | | T | totally distributed to family | 12/24 | J | | |
| 58 Faesico, Com. | C | " | M | T | | | | | |
| 59 State of IS Reel | A | int | J | T | | | | | |
| 60 US Savings Bond, Series | | None | K | T | | | | | |
| 61 Pe Hd. Hospital Bond | B | int | K | T | | | | | |
| 62 Verc:t, com | D | div | M | T | | | | | |
| 63 Fidelity Equity II M. Fund | C | " | " | T | Totally Redeemed | 12/23 | M | D | |
| 64 Fidelity Growth M. Fund | B | " | | T | Totally redeemed | 12/23 | K | | |
| 65 Vanguard Windsor II M fund | C | " | M | T | | | | | |
| 66 Wilkes-Barre School Dist. Bond | B | int | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,0 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

See Annexed Sheet No.3

Annexed Sheet no. 3

Name of Person Reporting: Rosenn, Max

Date of Report: July 29, 2005

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Community Bank Systems, Com | A | DIV | K | T | addt'l purchase | 5/10 | J | | |
| 36 N. Y. Times, Com. | B | Div | L | T | | | | | |
| 37 Fleet Bank, C.D. | C | Int. | K | T | | | | | |
| 38 Fanniemae, Com | B | div | L | T | | | | | |
| 39 Lucent Technology, Com | | none | J | T | Purchase | 12/1 | J | | |
| 40 Citicorps Group, Com | C | div. | L | T | | | | | |
| 41 Marathon Corp, Com | | none | | T | Fully sold | 3/27 | K | J | |
| 42 Bank of America, Com | B | div. | K | T | | | | | |
| 43 Visteon, Com | A | div. | J | T | | | | | |
| 44 Guard SveBank, WB, (CD) | B | int | M | T | | | | | |
| 45 Nokia, Com. | A | div. none | J | T | Totally Sold | 1/30 | J | | |
| 46 GMAC Smart notes | B | int. | K | T | | | | | |
| 47 Met Life Annuity | | none | L | T | | | | | |
| 48 FNMA Bonds/Notes of 2002 | | int | L | T | | | | | |
| 49 Fleet Boston, Com now, (only now) | | Consolidated with Line #42 above | | | | | | | |
| 50 Preferred Plus, Trust, Mod | A | div | K | T | | | | | |
| 51 Zimmer Holdings | | None | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F $50,001- $100,000 | B=$1,001-$2,500 O=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,00,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cast/Market | |

See Annexed Sheet no. 4

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Rosnn, MAX | July 29th 2005 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Bank of america, Notes | B | int | L | T | | | | | |
| 53 ~~Fed. H. Bank, notes~~ | | | | | | | | | |
| 54 Orange Nat'l Bank, C.D's | B | int | L | T | | | | | |
| 55 Near 1st Liberty Bank Swing Capital Corp., Notes | B | int | K | T | | | | | |
| 56 " " " " | B | int | K | T | | | | | |
| 57 Cit Group Sr. Nte. | B | int. | K | T | | | | | |
| 58 Care enrico medical offices (m) | | None | K | T | add'l purchase | 4/13 | K | | |
| 59 1st Meridian PA, & B & (D) now | C | int | L | T | | | | | |
| 60 1st Liberty Bank 1st Natl Bank, Waverly P. | C | int | L | T | | | | | |
| 61 Household Finance Nts | C | " | K | F | | | | | |
| 62 St. of Israel Bond | B | " | J | W | | | | | |
| 63 Ford Motor Credit Ntg | D | " | M | T | Purchase Partly | 5/3 | K | | |
| 64 Motorola Ntrs | B | int | | T | Partly Redeemed | 8/24 | K | B | |
| 65 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,1-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

See attached sheet no 5

Annexed Sheet no 5

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Rosinh, max

Date of Report: July 29", 2005

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description or Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Mo t Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No eportable income, assets, or transactions) | | | | | | | | | |
| 52 GMAC smart notes | C | int | | T | redeemed 4/15 | L | | | |
| 53 Household Finance Notes | C | int | K | T | | | | | |
| 54 ____ type C. s. (6c2) | C | " | K | T | | | | | |
| 55 Morgan Stanley Corp Trust Pfd | B | " | K | T | | | | | |
| 56 Comerica Cap Trust Pfd | B | " | K | T | | | | | |
| 57 Comcast, Com. pfd | | none | K | T | | | | | |
| 58 Pac Capital Trust II | B | int. | K | T | | | | | |
| 59 Community Bank HB (CD) | C | int. | L | T | | | | | |
| 60 Pa. Higher Edu Bond | J | " | K | T | | | | | |
| 61 AT+T wireless, Com | | None | J | T | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A-$1,000 or less | B-$1,001-$2,500 | C-$2,501-$5,000 | D-$5,001-$15,000 | E-$15,001-$... | O |
|---|---|---|---|---|---|---|---|
| | | F-$50,001-$100,000 | G-$100,001-$1,000,000 | H1-$1,000,001-$5,000,000 | H2-More than $5,000,000 | | |
| 2 | Value Codes: (See Col C1, DJ) | J-$15,000 or less | K-$15,001-$50,000 | L-$50,001-$100,000 | M-$100,001-$250,000 | | |
| | | N-$250,001-$500,000 | O-$500,001-$1,000,000 | P1-$1,000,001-$5,000,000 | P2-$5,000,001-$25,000,000 | | |
| | | P3-$25,000,001-$50,000,000 | | P4-More than $50,000,000 | | | |
| 1 | Value Method Code (See Col C2) | Q-Appraisal | R-Cost (real estate only) | S-Assessment | T-Cash/Market | | |
| | | U-Book value | V. Other | W-Estimated | | | |

See Annexed Sheet no. 6.

Annexed Sheet No. 6.

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Resern, 201 A X

Date of Report

July 29th, 2005

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Sears Roebuck Notes (Treasur) | D | int | K | T | | | | | |
| 53 Fed. H. L. mtge Corp notes | A | " | K | T | | | | | |
| 54 GNMA remic 2003 | B | " | K | T | | | | | |
| 55 Gov't Natl Mtge remic '03 | B | " | L | T | | | | | |
| 56 BlackRock Ltd Trust | C | Dvd | L | T | | | | | |
| 57 Gen. Elect Capital Corp Notes | C | int | K | T | | | | | |
| 58 United Parcel Svc Note | B | int | K | T | | | | | |
| 59 Advanced Med Optics, Com | | none | K | T | | | | | |
| 60 PNC Bank, UB (CD) | E | int. | L | T | | | | | |
| 61 M&T Bank, UB, CKing | A | " | L | T | | | | | |
| 62 Fed. A. L. mc, remicSeries | A | " | L | T | | | | | |
| 63 Hospira | | none | | T | spin-off | 4/30 | K | | |
| 64 PL. MAI | A | int | K | T | Exchge | 5/8 | K | | |
| 65 Ford Credit Notes | B | int | K | T | Purchase | 5/6 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

see Annexed Sheet No. 7

Annexed Sheet No 7.

Name of Person Reporting

Nosum, MAX

Date of Report

July 29th 2035

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Gen. Motors Acceptance Corp | C | int | K | T | Purchase | 5/6 | K | | |
| 53 Lehman Capital Trust | B | int | | T | " | 4/21 | K | | |
| 54 Hertz Corp | C | int | L | T | Purchase | 8/1 | L | | |
| 55 Fed. Home Loan Mortgage | A | int | L | T | Purchase | 7/25 | L | | |
| 56 Citizens Bank (CD) | B | " | M | T | " | 9/10 | M | | |
| 57 1st Liberty Bank (CD) pto 1st Natl Com. Bank | C | int | L | T | " | 2/28 | M | | |
| 58 Citizen Bank (CD) | | none | M | T | " | 10/1 | L | | |
| 59 1st Natl Bank, Berwick | C | int. | L | T | " | 4/1 | L | | |
| 60 PNC, UB, Ph. (CD) | B | int | L | T | " | 11/1 | L | | |
| 61 Interstate Nat Bank | | none | | T | " | 10/14 | L | | |
| 62 F.H.R., So Elgator | A | int | | T | Bought Sold | 4/13 5/17 | K K | | |
| 63 Morgan Stanley Capital Trust | D | int | K | T | | | | | |
| 64 Wells Fargo Capital Notes | C | int | K | T | Purchase | 4/2 | | | |
| 65 Comerica Capital Trust | C | int | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | D=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

See Annexed Sheet No 8

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

1/fosenii, m Ax

Date of Report

July 29th, 2005

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of

spouse and dependent children  See pp. 34-60 of Instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52  F & MC Treas Term note | B | int | L | | T | Purchase 7/28 | | | |
| 53  FNR 2801 Fractn | C | " | | T | bot 5/4/q | 10/5/2  11/15/2 | | | |
| 54  FNR #713 MA | A | " | | T | bot sold | +113  15  5/5 to 11/15 K | | |
| 55  FNR 2713 MA | A | " | J | T | not sold | 12/9/03  12/15 | in accordance with christie's last report |
| 56  FNR 2785 NS Fnr | | Meme | M | T | bot | 12/12 | | | |
| 57  Fed. H L Mtgeling, Freddie Note | A | int | K | T | Purchse 5/13 | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001-$100,000  P1=$1,000,001-$5,000,000  P4=More than $50,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See of C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu██████████████████████████████

Date _July 29th, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
W shington, D.C. 20544